(Official Form 1)(12/03)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>CORPUS CHRISTI DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**WELLS II, JOHN R.** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle):<br>**WELLS, PENNY J.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>dba PARADISE HOMES; fdba SOS-CC; fdba B & M AUTO SALES | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>xxx-xx-1502 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>xxx-xx-4402 |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**3724 CREST HORN**<br>**LAS VEGAS, NV 89147** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code):<br>**3724 CREST HORN**<br>**LAS VEGAS, NV 89147** |
| County of Residence or of the Principal Place of Business:<br>**CLARK** | County of Residence or of the Principal Place of Business:<br>**CLARK** |
| Mailing Address of Debtor (if different from street address):<br>**3724 CREST HORN**<br>**LAS VEGAS, NV 89147** | Mailing Address of Joint Debtor (if different from street address):<br>**3724 CREST HORN**<br>**LAS VEGAS, NV 89147** |

Location of Principal Assets of Business Debtor (if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101.
☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3.

**Statistical/Administrative Information** (Estimates only)  THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2005 (Build 7.0.0.7, ID 2389462403)*

(Official Form 1)(12/03)                                                                      FORM B1, Page 2

## Voluntary Petition (page 2)
*(This page must be completed and filed in every case)*

Name of Debtor(s): **JOHN R. WELLS, II / PENNY J. WELLS**

### Prior Bankruptcy Case(s) Filed Within Last 6 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION** | | |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ JOHN R. WELLS, II**
   **JOHN R. WELLS, II**

X **/s/ PENNY J. WELLS**
   **PENNY J. WELLS**

Telephone Number (If not represented by an attorney)

**10/13/2005**
Date

**Signature of Attorney**

X **/s/ JAN L. SHEPHARD**
   **JAN L. SHEPHARD**        Bar No. **18219385**

**JAN L. SHEPHARD, P.C.**
**410 S.P.I.D., SUITE 210**
**CORPUS CHRISTI, TX 78405**

Phone No. **(361) 289-5700**      Fax No. **(361) 289-6700**

**10/13/2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Printed Name of Authorized Individual

Title of Authorized Individual

**10/13/2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ JAN L. SHEPHARD**              10/13/2005
   **JAN L. SHEPHARD**                       Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

IN RE: **JOHN R. WELLS, II**
**PENNY J. WELLS**

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 6930000758<br>**COLORADO VALLEY BANK**<br>**PO BOX 796**<br>**LA GRANGE, TX 78945** | | C | DATE INCURRED: **08/02/2005**<br>NATURE OF LIEN: **Purchase Money**<br>COLLATERAL: **RV**<br>REMARKS: **CONTINUE DIRECT PAY**<br><br>COLLATERAL VALUE: **$0.00** | | | | $17,711.00 | $17,711.00 |
| ACCT #: 084904799017<br>**G M A C**<br>**PO BOX 2150**<br>**GREELEY, CO 80632** | | C | DATE INCURRED: **03/30/2004**<br>NATURE OF LIEN: **Purchase Money**<br>COLLATERAL: **2004 CHEVY PICKUP**<br>REMARKS: **CONTINUE DIRECT PAY**<br><br>COLLATERAL VALUE: **$0.00** | | | | $27,353.00 | $27,353.00 |
| ACCT #: 084902279074<br>**G M A C**<br>**PO BOX 2150**<br>**GREELEY, CO 80632** | | C | DATE INCURRED: **03/19/2003**<br>NATURE OF LIEN: **Purchase Money**<br>COLLATERAL: **2003 TAHOE**<br>REMARKS: **SURRENDER**<br><br>COLLATERAL VALUE: **$0.00** | | | | $21,518.00 | $21,518.00 |
| ACCT #: 4333493802<br>**NATIONAL CITY MORTGAGE**<br>**PO BOX 1820**<br>**DAYTON, OH 45401** | | C | DATE INCURRED: **08/02/2004**<br>NATURE OF LIEN: **Purchase Money**<br>COLLATERAL: **HOMESTEAD**<br>REMARKS: **CONTINUE DIRECT PAY**<br><br>COLLATERAL VALUE: **$268,799.00** | | | | $256,979.00 | |

_____**No**_____ continuation sheets attached

**Total for this Page (Subtotal) >**   $323,561.00   $66,582.00
**Running Total >**   $323,561.00   $66,582.00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: **JOHN R. WELLS, II**  CASE NO
**PENNY J. WELLS**

CHAPTER   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **2**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **10/13/2005**          Signature  **/s/ JOHN R. WELLS, II**
                                          **JOHN R. WELLS, II**

Date  **10/13/2005**          Signature  **/s/ PENNY J. WELLS**
                                          **PENNY J. WELLS**

[If joint case, both spouses must sign.]

***Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.***