**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**              CASE NO   **05-21869-C-7**
**PENNY J. WELLS**

CHAPTER   **7**

## <u>SUMMARY OF SCHEDULES</u>

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $268,799.00 | | |
| B - Personal Property | Yes | 5 | $75,800.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $330,360.27 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $7,792.64 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $184,707.88 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,215.00 |
| Total Number of Sheets of ALL Schedules      > | | 22 | | | |
| Total Assets      > | | | $344,599.00 | | |
| Total Liabilities      > | | | | $522,860.79 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                 CASE NO   **05-21869-C-7**
         **PENNY J. WELLS**

                                                              CHAPTER   **7**

## <u>SCHEDULE A (REAL PROPERTY)</u>

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| HOMESTEAD LOCATED AT 7002 ADCOTE DRIVE, CC,TX 78412 NUECES COUNTY BUCKINGHAM ESTATES #1 LT 113, BK 2 | FEE SIMPLE | C | $268,799.00 | $256,979.00 |
| | | | **Total:** | **$268,799.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**
         **PENNY J. WELLS**

CASE NO   **05-21869-C-7**

CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT BANK OF AMERICA, CC,TX | C | $1,000.00 |
| | | BUSINESS CHECKING ACCOUNT(PARADISE HOMES) BANK OF AMERICA,CC,TX | C | $200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | KITCHEN FURNISHINGS | C | $400.00 |
| | | DINING ROOM FURNISINGS | C | $1,200.00 |
| | | LIVING ROOM FURNISHINGS | C | $800.00 |
| | | TELEVISIONS | C | $1,000.00 |
| | | VCR'S | C | $50.00 |
| | | STEREO'S | C | $500.00 |
| | | DVD PLAYER | C | $100.00 |
| | | COMPUTER AND PRINTER | C | $300.00 |
| | | BEDROOM #1 | C | $500.00 |
| | | BEDROOM #3 | C | $600.00 |
| | | BEDROOM #2 | C | $600.00 |
| | | MISC GARAGE ITEMS AND YARD TOOLS | C | $500.00 |
| | | WASHER AND DRYER | C | $300.00 |
| | | | Total  > | **$8,050.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                    CASE NO    **05-21869-C-7**
         **PENNY J. WELLS**

                                                 CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING | C | $1,000.00 |
| 7. Furs and jewelry. | | JEWERLY GOLD NECKLACE $800 2 WATCHES @ $100/EACH $200 | C | $1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | RIFLE .22 | C | $250.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| | | | Total  > | **$10,300.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**          CASE NO   **05-21869-C-7**
**PENNY J. WELLS**

CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| | | | Total  > | **$10,300.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE: **JOHN R. WELLS, II**                                    CASE NO    **05-21869-C-7**
**PENNY J. WELLS**

CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 HARLEY DAVIDSON MOTORCYCLE VIN#1HD1JCB415Y061620 | C | $18,000.00 |
| | | 2003 CHEVY TAHOE VIN#1GNEC13ZX3R212649 | C | $22,000.00 |
| | | 2004 CHEVY SILVERADO PICK UP VIN#1GCEK19T44E268674 | C | $25,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| | | | Total  > | **$75,800.00** |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                      CASE NO   **05-21869-C-7**
         **PENNY J. WELLS**

                                                                   CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total  > | **$75,800.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**                                     CASE NO     **05-21869-C-7**
         **PENNY J. WELLS**
                                                                 CHAPTER     **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☑  11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☐  11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
                               domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
                               portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
                               or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| CHECKING ACCOUNT<br>BANK OF AMERICA, CC,TX | 11 U.S.C. § 522(d)(5) | $1,000.00 | $1,000.00 |
| BUSINESS CHECKING ACCOUNT(PARADISE HOMES)<br>BANK OF AMERICA,CC,TX | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| KITCHEN FURNISHINGS | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| DINING ROOM FURNISINGS | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $475.00<br>$725.00 | $1,200.00 |
| LIVING ROOM FURNISHINGS | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $475.00<br>$325.00 | $800.00 |
| TELEVISIONS | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $475.00<br>$525.00 | $1,000.00 |
| VCR'S | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| STEREO'S | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $475.00<br>$25.00 | $500.00 |
| DVD PLAYER | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| COMPUTER AND PRINTER | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| BEDROOM #1 | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(5) | $475.00<br>$25.00 | $500.00 |
|  |  | **$6,050.00** | **$6,050.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**
**PENNY J. WELLS**

CASE NO  **05-21869-C-7**

CHAPTER  **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| BEDROOM #3 | 11 U.S.C. § 522(d)(3) | $475.00 | $600.00 |
|  | 11 U.S.C. § 522(d)(5) | $125.00 |  |
| BEDROOM #2 | 11 U.S.C. § 522(d)(3) | $475.00 | $600.00 |
|  | 11 U.S.C. § 522(d)(5) | $125.00 |  |
| MISC GARAGE ITEMS AND YARD TOOLS | 11 U.S.C. § 522(d)(3) | $475.00 | $500.00 |
|  | 11 U.S.C. § 522(d)(5) | $25.00 |  |
| WASHER AND DRYER | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| CLOTHING | 11 U.S.C. § 522(d)(3) | $475.00 | $1,000.00 |
|  | 11 U.S.C. § 522(d)(5) | $525.00 |  |
| JEWERLY GOLD NECKLACE $800 2 WATCHES @ $100/EACH $200 | 11 U.S.C. § 522(d)(4) | $1,000.00 | $1,000.00 |
| RIFLE .22 | 11 U.S.C. § 522(d)(5) | $250.00 | $250.00 |
| 2005 HARLEY DAVIDSON MOTORCYCLE VIN#1HD1JCB415Y061620 | 11 U.S.C. § 522(d)(2) | $289.00 | $18,000.00 |
| 2004 CHEVY SILVERADO PICK UP VIN#1GCEK19T44E268674 | 11 U.S.C. § 522(d)(2) | $0.00 | $25,500.00 |
|  |  | **$10,589.00** | **$53,800.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**                                    CASE NO   **05-21869-C-7**
       **PENNY J. WELLS**

                                                     CHAPTER     **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|-----------------------|
| N/A | Real Property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $6,850.00 | $0.00 | $6,850.00 | $6,850.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 7. | Furs and jewelry. | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $250.00 | $0.00 | $250.00 | $250.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2005, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**                                      CASE NO    **05-21869-C-7**
         **PENNY J. WELLS**

                                                                 CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                     Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------| --------------------|-------------------------|
| 22. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Automobiles, trucks, trailers, vehicles... | $43,500.00 | $45,064.00 | $289.00 | $289.00 | $0.00 |
| 24. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|     | **TOTALS:** | **$53,800.00** | **$45,064.00** | **$10,589.00** | **$10,589.00** | **$0.00** |

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|--------------|------|--------|
| **Real Property** | | | |
| HOMESTEAD LOCATED AT 7002 ADCOTE DRIVE, CC,TX 78412 | $268,799.00 | $256,979.00 | $11,820.00 |
| **Personal Property** | | | |
| 2003 CHEVY TAHOE | $22,000.00 | $21,518.00 | $482.00 |
| **TOTALS:** | **$290,799.00** | **$278,497.00** | **$12,302.00** |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |

*Copyright 1996-2005, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**
       **PENNY J. WELLS**

CASE NO   **05-21869-C-7**

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 2*

| | | | | |
|---|---|---|---|---|
| **TOTALS:** | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$53,800.00** |
| B. Gross Property Value of Surrendered Property | **$290,799.00** |
| C. Total Gross Property Value (A+B) | **$344,599.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$45,064.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$278,497.00** |
| F. Total Gross Encumbrances (D+E) | **$323,561.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$10,589.00** |
| H. Total Equity in surrendered items  (B-E) | **$12,302.00** |
| I.  Total Equity  (C-F) | **$22,891.00** |
| J.  Total Exemptions Claimed          (Wild Card Used: $3,875.00, Available: $16,575.00) | **$10,589.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

*Copyright 1996-2005, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                         CASE NO   **05-21869-C-7**
**PENNY J. WELLS**

                                                                       CHAPTER   **7**

# SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3), as amended by § 1401 of Pub. L. 109-8.

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

IN RE:  **JOHN R. WELLS, II**
       **PENNY J. WELLS**

CASE NO  **05-21869-C-7**
(If Known)

CHAPTER  **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Taxes |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **XXX-XX-4402**<br><br>**IRS SPECIAL PROCEDURES/CH 7**<br>**P. O. BOX  21126**<br>**PHILADELPHIA, PA  19114** | | C | DATE INCURRED:  **2003**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $7,792.64 | $7,792.64 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Total for this Page (Subtotal) > | | | | $7,792.64 | $7,792.64 |
| | | | Running Total > | | | | $7,792.64 | $7,792.64 |

IN RE:   **JOHN R. WELLS, II**
     **PENNY J. WELLS**

CASE NO.: 05-21869-C-7
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   **PARADISE HOMES**<br>**AMERICAN CLASSIFIEDS**<br>**1308 AIRLINE**<br>**CC,TX 78412** | | C | DATE INCURRED:   **2005**<br>CONSIDERATION:<br>**Misc. Purchases**<br>REMARKS: | | | | $126.25 |
| ACCT #:   **796310568017301761**<br>**AMEX**<br>**PO BOX 297871**<br>**FORT LAUDERDALE, FL 33329** | | C | DATE INCURRED:   **02/07/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $24,214.00 |
| ACCT #:   **PARADISE HOMES**<br>**Aransas Pass Progress**<br>**THE INGLESIDE INDEX**<br>**P.O. BOX 2100**<br>**ARANSAS PASS, TX 78335** | | C | DATE INCURRED:   **2005**<br>CONSIDERATION:<br>**Misc. Purchases**<br>REMARKS:<br>**BUSINESS DEBT** | | | | $66.00 |
| ACCT #:   **04103740/PARADISE HOMES**<br>**BEEVILLE PUBLISHINGS**<br>**P.O BOX 10**<br>**BEEVILLE,TX 78102** | | C | DATE INCURRED:   **2005**<br>CONSIDERATION:<br>**ADVERTISMENT**<br>REMARKS: | | | | $101.64 |
| ACCT #:   **7002 ADCOTE DR./WELLS**<br>**BUCKINGHAM ESTATES COMMUNITY**<br>**P.O. BOX 1222**<br>**CORPUS CHRISTI, TEXAS 78468** | | C | DATE INCURRED:   **2005**<br>CONSIDERATION:<br>**Misc. Purchases**<br>REMARKS: | | | | $1,197.34 |
| ACCT #:   **412174227586**<br>**CAP ONE BK**<br>**PO BOX 85520**<br>**RICHMOND, VA 23285** | | C | DATE INCURRED:   **12/19/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $954.00 |
| ACCT #:   **486236229166**<br>**CAPITAL 1 BK**<br>**11013 W BROAD ST**<br>**GLEN ALLEN, VA 23060** | | C | DATE INCURRED:   **02/26/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,424.00 |

____**5**____ continuation sheets attached

Total for this Page (Subtotal) >   **$29,083.23**

Running Total >   **$29,083.23**

IN RE:  **JOHN R. WELLS, II**
        **PENNY J. WELLS**

CASE NO  05-21869-C-7
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  438864187901<br>**CAPITAL 1 BK**<br>**11013 W BROAD ST**<br>**GLEN ALLEN, VA 23060** | | C | DATE INCURRED:  **03/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,557.00 |
| ACCT #:  6035320164455675<br>**CITIBANK USA**<br>**PO BOX 9714**<br>**GRAY, TN 37615** | | C | DATE INCURRED:  **10/05/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $1,748.00 |
| ACCT #:  2815665-46776<br>**City of Corpus Christi**<br>**Attn:  Jorge Cruz-Aedo**<br>**1201 Leopard**<br>**Corpus Christi, TX 78469** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $431.41 |
| ACCT #:  421211-230982-PARADISE HOMES<br>**City of Corpus Christi**<br>**Attn:  Jorge Cruz-Aedo**<br>**1201 Leopard**<br>**Corpus Christi, TX 78469** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Utility**<br>REMARKS:<br>**BUSINESS DEBT** | | | | $325.88 |
| ACCT #:  6111946161<br>**COLORADO VALLEY BANK**<br>**PO BOX 796**<br>**LA GRANGE, TX 78945** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**DEFICIENCY CLAIM**<br>REMARKS:<br>**repossession of premises at 1517 N. Lexington Corpus Christi** | X | X | | $20,000.00 |
| ACCT #:  6930000758<br>**COLORADO VALLEY BANK**<br>**PO BOX 796**<br>**LA GRANGE, TX 78945** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS:<br>**2005 HARLEY DAVIDSON MOTORCYCLE** | | | | $17,711.00 |
| ACCT #:  WELLS,XXX-XX-1502<br>**COLORADO VALLEY BANK**<br>**PO BOX 796**<br>**LA GRANGE, TX 78945** | | C | DATE INCURRED:  **8/2005**<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS:<br>**1999 TAHOE** | | | | $10,000.00 |

Total for this Page (Subtotal) >  **$51,773.29**

Running Total >  **$80,856.52**

IN RE:   **JOHN R. WELLS, II**
         **PENNY J. WELLS**

CASE NO   05-21869-C-7
(If Known)

CHAPTER   **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  422709708797<br>**CROSS COUNTRY BANK**<br>**PO BOX 15371**<br>**WILMINGTON, DE 19850** | | C | DATE INCURRED:   **06/07/1999**<br>CONSIDERATION:   **Credit Card**<br>REMARKS: | | | | $2,812.00 |
| ACCT #:  79450129033959340<br>**DELL FINANCIAL SVCS**<br>**12234 N IH 35 SB BLDG B**<br>**AUSTIN, TX 78754** | | C | DATE INCURRED:   **03/21/2005**<br>CONSIDERATION:   **Charge Account**<br>REMARKS: | | | | $2,790.00 |
| ACCT #:  79450129033747224<br>**DELL FINANCIAL SVCS**<br>**12234 N IH 35 SB BLDG B**<br>**AUSTIN, TX 78754** | | C | DATE INCURRED:   **03/14/2005**<br>CONSIDERATION:   **Charge Account**<br>REMARKS: | | | | $2,043.00 |
| ACCT #:  PARADISE HOMES<br>**DWAIN MCCAIN PLUMBING**<br>**P.O. BOX 10096**<br>**CORPUS CHRISTI,TEXAS 78460** | | C | DATE INCURRED:   **2005**<br>CONSIDERATION:   **Misc. Purchases**<br>REMARKS:<br>**BUSINESS DEBT** | | | | $244.66 |
| ACCT #:  4888718-PARADISE HOMES<br>**ENTERGY ELECTRIC**<br>**ENTERGY SOLUTIONS LTD.**<br>**P.O. BOX 61071**<br>**NEW ORLEANS, LA 70161-1071** | | C | DATE INCURRED:   **2005**<br>CONSIDERATION:   **Misc. Purchases**<br>REMARKS:<br>**BUSINESS DEBT** | | | | $187.60 |
| ACCT #:  310961-WELLS<br>**ENTERGY ELECTRIC**<br>**ENTERGY SOLUTIONS LTD.**<br>**P.O. BOX 61071**<br>**NEW ORLEANS, LA 70161-1071** | | C | DATE INCURRED:   **2005**<br>CONSIDERATION:   **Misc. Purchases**<br>REMARKS:<br>**BUSINESS DEBT** | | | | $698.84 |
| ACCT #:  4305068-001/PARADISE HOMES<br>**GE Capital**<br>**P.O. Box 5019**<br>**Rolling  Mows, IL 60008** | | C | DATE INCURRED:   **2005**<br>CONSIDERATION:   **Lease Deficiency**<br>REMARKS:<br>**BUSINESS DEBT** | | | | $1,145.59 |

Total for this Page (Subtotal) >   **$9,921.69**

Running Total >   **$90,778.21**

IN RE:  **JOHN R. WELLS, II**
      **PENNY J. WELLS**

CASE NO  05-21869-C-7
      (If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  5407912050748569<br>**HSBC NV**<br>**1441 SCHILLING PL**<br>**SALINAS, CA 93901** | | C | DATE INCURRED:  **09/13/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,665.00 |
| ACCT #:  5440450055701803<br>**HSBC NV**<br>**1441 SCHILLING PL**<br>**SALINAS, CA 93901** | | C | DATE INCURRED:  **11/12/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,273.00 |
| ACCT #:  OT-17765/PARADISE HOMES<br>**LANE MCDUFF**<br>**P.O 4986 DEPT 77**<br>**HOUSTON,TX 77210-4986** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Misc. Purchases**<br>REMARKS: | | | | $595.00 |
| ACCT #:  WELLS,JOHN<br>**LOAN STAR INVESTMENTS**<br>**2401 E. LUBBUCK**<br>**Loveland, TX** | | C | DATE INCURRED:  **2004**<br>CONSIDERATION:<br>**Lease Deficiency**<br>REMARKS: | | | | $7,000.00 |
| ACCT #:  798192444134<br>**LOWES/MBGA**<br>**PO BOX 103065**<br>**ROSWELL, GA 30076** | | C | DATE INCURRED:  **12/10/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $770.00 |
| ACCT #:  798192444221<br>**LOWES/MBGA**<br>**PO BOX 103065**<br>**ROSWELL, GA 30076** | | C | DATE INCURRED:  **12/10/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $317.00 |
| ACCT #:  8453050007<br>**MEMBERS FIRST CREDIT U**<br>**5444 S STAPLES ST**<br>**CORPUS CHRISTI, TX 78411** | | C | DATE INCURRED:  **10/08/2002**<br>CONSIDERATION:<br>**SIGNATURE LOAN**<br>REMARKS: | | | | $9,036.00 |

Total for this Page (Subtotal) >  **$20,656.00**

Running Total >  **$111,434.21**

IN RE: **JOHN R. WELLS, II**
**PENNY J. WELLS**

CASE NO **05-21869-C-7**
_(If Known)_

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 4_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  0386150/PARADISE HOMES<br>**Northern Leasing Systems, Inc.**<br>**132 WEST 31ST STREET, 14TH FLOOR**<br>**New York, NY 10001-5095** | | C | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Lease Deficiency**<br>REMARKS:<br>**BUSINESS DEBTR** | | | | $100.00 |
| ACCT #:  6454003546<br>**PROVIDIAN**<br>**4900 JOHNSON DR**<br>**PLEASANTON, CA 94588** | | C | DATE INCURRED: **01/11/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $947.00 |
| ACCT #:  4031-1423-0062-6673<br>**PROVIDIAN**<br>**4900 JOHNSON DR**<br>**PLEASANTON, CA 94588** | | C | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $376.00 |
| ACCT #:  198399-QRAD5<br>**RADIOLOGY IMAGING OF SOUTH TEXAS**<br>**3226 REID**<br>**CORPUS CHRISTI, TX    78404** | | C | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Medical Expenses**<br>REMARKS: | | | | $324.75 |
| ACCT #:  36198039964309<br>**SBC**<br>**PO Box 4845**<br>**Houston TX 77097-0080** | | C | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Misc. Purchases**<br>REMARKS: | | | | $142.57 |
| ACCT #:  8262850130820917<br>**TIME WARNER**<br>**4200 INTERNATIONAL PKWY**<br>**Carrollton, TX 75007** | | C | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Misc. Purchases**<br>REMARKS: | | | | $60,397.00 |
| ACCT #:  4352373361796243<br>**TNB TARGET**<br>**PO BOX 9475**<br>**MINNEAPOLIS, MN 55440** | | C | DATE INCURRED: **10/16/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,315.00 |

Total for this Page (Subtotal) >   **$66,602.32**

Running Total >   **$178,036.53**

IN RE:  **JOHN R. WELLS, II**
**PENNY J. WELLS**

CASE NO  05-21869-C-7
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  M2336111<br>**University Medical Center**<br>P.O. Box 5980<br>Lubbock, TX 79408-5980 | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**MEDICAL BILL**<br>REMARKS: | | | | $309.35 |
| ACCT #:  2300626673<br>**WASHMTL/PROV**<br>4940 JOHNSON DR<br>PLEASANTON, CA 94566 | | C | DATE INCURRED:  **11/26/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,362.00 |
| ACCT #:<br>**ATTORNEY GENERAL OF TEXAS**<br>PO BOX 12548<br>AUSTIN, TX  78711 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**Barbara C. Jue, Trial Attorney**<br>Ofc. of U.S. Trustee<br>606 N. Carancahua, Ste. 1107<br>Corpus Christi, TX 78476 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**IRS SPECIAL PROCEDURES BRANCH/7**<br>300 E. 8TH St.<br>STOP 5026 AUS<br>AUSTIN, TX  78701 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**STATE COMPTROLLER**<br>111 E. 17TH ST.<br>AUSTIN, TX  78774-0100 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**U.S. TRUSTEE**<br>606 N. CARANCAHUA, STE. 1107<br>CORPUS CHRISTI, TX 78476 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |

Total for this Page (Subtotal) >  **$6,671.35**

Running Total >  **$184,707.88**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**                                  CASE NO   **05-21869-C-7**
        **PENNY J. WELLS**
                                                              CHAPTER   **7**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                      CASE NO   **05-21869-C-7**
        **PENNY J. WELLS**

                                                              CHAPTER    **7**

## <u>SCHEDULE H (CODEBTORS)</u>

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                    CASE NO    **05-21869-C-7**
             **PENNY J. WELLS**

                                                                          CHAPTER     **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | K.WELLS | 9 | DAUGHTER | | | |
| | B.WELLS | 6 | SON | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | PROFESSIONAL GAMBLER | HOUSEWIFE |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| Income:  (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $0.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| *SUBTOTAL* | **$0.00** | **$0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| A. Payroll taxes (includes social security tax if B. is zero) | $0.00 | $0.00 |
| B. Social Security Tax | $0.00 | $0.00 |
| C. Medicare | $0.00 | $0.00 |
| D. Insurance | $0.00 | $0.00 |
| E. Union dues | $0.00 | $0.00 |
| F. Retirement | $0.00 | $0.00 |
| G. Other (specify) _____ | $0.00 | $0.00 |
| H. Other (specify) _____ | $0.00 | $0.00 |
| I. Other (specify) _____ | $0.00 | $0.00 |
| J. Other (specify) _____ | $0.00 | $0.00 |
| K. Other (specify) _____ | $0.00 | $0.00 |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$0.00** | **$0.00** |
| *TOTAL NET MONTHLY TAKE HOME PAY* | **$0.00** | **$0.00** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
| 1._____ | $0.00 | $0.00 |
| 2._____ | $0.00 | $0.00 |
| 3._____ | $0.00 | $0.00 |
| *TOTAL MONTHLY INCOME* | **$0.00** | **$0.00** |

**TOTAL COMBINED MONTHLY INCOME  $0.00**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**
**PENNY J. WELLS**

CASE NO    **05-21869-C-7**

CHAPTER    **7**

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate
schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $1,425.00 |
| Are real estate taxes included?        ☐ Yes   ☑ No | |
| Is property insurance included?        ☐ Yes   ☑ No | |
| **Utilities:**  Electricity and heating fuel | $300.00 |
| Water and sewer | $100.00 |
| Telephone | $100.00 |
| Other: | |
| Home maintenance (repairs and upkeep) | |
| Food | $500.00 |
| Clothing | $100.00 |
| Laundry and dry cleaning | $35.00 |
| Medical and dental expenses (not covered by insurance) | $55.00 |
| Transportation (not including car payments) | $250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| Charitable contributions | |
| **Insurance**   (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $100.00 |
| Life | |
| Health | |
| Auto | $150.00 |
| Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto: | |
| Other: | |
| Other: | |
| Other: | |
| Alimony, maintenance, and support paid to others: | |
| Payments for support of add'l dependents not living at debtor's home: | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other: | |
| Other: | |
| **TOTAL MONTHLY EXPENSES**  (Report also on Summary of Schedules) | **$3,215.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular
interval.

A. Total projected monthly income
B. Total projected monthly expenses (including separate spouse budget if applicable)
C. Excess income (A minus B)
D. Total amount to be paid into plan each                                    (interval)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**
       **PENNY J. WELLS**

CASE NO    **05-21869-C-7**

CHAPTER   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **21**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **12/07/2005**

Signature  **/s/ JOHN R. WELLS, II**
                **JOHN R. WELLS, II**

Date  **12/07/2005**

Signature  **/s/ PENNY J. WELLS**
                **PENNY J. WELLS**

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                   CASE NO   **05-21869-C-7**
**PENNY J. WELLS**

CHAPTER   **7**

# STATEMENT OF FINANCIAL AFFAIRS

---

**None**
☐

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $100,000.00 | 2004 GROSS INCOME FROM PARADISE HOMES |
| $250,000. | 2003 GROSS INCOME FROM PARADISE HOMES |

---

**None**
☑

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☑

**3. Payments to creditors**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☑

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☐

**4. Suits and administrative proceedings, executions, garnishments and attachments**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CAUSE #03-2238-D LARRY AND JOANNE FAWSCE **VS** JOHN WELLS, CLAYTON HOMSE | CONTRACT | NUECES COUNTY 104TH DISTRICT COURT | PEDING |

---

**None**
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**                    CASE NO   **05-21869-C-7**
        **PENNY J. WELLS**

                                                 CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| COLORADO VALLEY BANK<br>PO BOX 796<br>LA GRANGE, TX 78945 | 8/2005 | REAL PROPERTY LOCATED AT<br>1517 N. LEXINGTON, CC,TX |
| COLORADO VALLEY BANK<br>PO BOX 796<br>LA GRANGE, TX 78945 | 8/2005 | 1999 TAHOE |
| COLORADO VALLEY BANK<br>PO BOX 796<br>LA GRANGE, TX 78945 | 2005 | 2005 HARLEY DAVIDSON<br>MOTORCYCLE |

---

**6. Assignments and receiverships**

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Gambling loss  $30,000 | No insurance | July 2005 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                    CASE NO   **05-21869-C-7**
         **PENNY J. WELLS**

                                                                  CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jan L Shephard PC 410 SPID Suite 210 Corpus Christi TX, 78405 | 09/14/2005 | 2500 |

---

**10. Other transfers**

None ☑

    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**11. Closed financial accounts**

None ☐

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| B&M AUTO SALES BUSINESS ACCOUNT BANK OF AMERICA,CC,TX | CHECKING ACCOUNT | 8/2005 |

---

**12. Safe deposit boxes**

None ☑

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

    List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**                                    CASE NO  **05-21869-C-7**
        **PENNY J. WELLS**

                                                                CHAPTER  **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **PARADISE HOMES**<br>**JOHN WELLS**<br>**1517 NORTH LEXINGTON**<br>**CORPUS CHRISTI,TEXAS 78471** | **SALES** | **8/2004 - 8/17/2005** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                          CASE NO   **05-21869-C-7**
         **PENNY J. WELLS**

                                                                        CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

| | | |
|---|---|---|
| **B&M AUTO SALES**<br>**CC,TX** | **AUTO SALES** | **1/2003 - 11/2003** |
| **S.O.S.**<br>**CORPUS CHRISTI,TEXAS** | **TRUCKING** | **1/2003 - 12/2003** |

None
☑        b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐        a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **BECKY HOLLOWAY**<br>**FLOUR BLUFF,TX** | **2005** |
| **LEROY CROZIER**<br>**CORPUS CHRISTI,TX** | **2003** |

None
☑        b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑        c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☐        d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **MOBILE INSURANCE COMPANY**<br>**THE WOODLANDS,TX** | **8/2004** |

### 20. Inventories

None
☑        a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑        b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

IN RE:   **JOHN R. WELLS, II**
          **PENNY J. WELLS**

CASE NO   **05-21869-C-7**

CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None
☑

**21. Current Partners, Officers, Directors and Shareholders**

    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑

    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

None
☑

**22. Former partners, officers, directors and shareholders**

    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑

    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

None
☑

**23. Withdrawals from a partnership or distributions by a corporation**

    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☑

**24. Tax Consolidation Group**

    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                              CASE NO   **05-21869-C-7**
         **PENNY J. WELLS**

                                                           CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

### DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**7**_____ sheets, and that they are true and correct.

Date **12/07/2005** _____         Signature _____ **/s/ JOHN R. WELLS, II** _____
                                              of Debtor        ***JOHN R. WELLS, II***

Date **12/07/2005** _____         Signature _____ **/s/ PENNY J. WELLS** _____
                                              of Joint Debtor  ***PENNY J. WELLS***
                                              (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                                   CASE NO   **05-21869-C-7**
         **PENNY J. WELLS**

                                                                                 CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| 2003 TAHOE | G M A C<br>PO BOX 2150<br>GREELEY, CO 80632 |
| HOMESTEAD | NATIONAL CITY MORTGAGE<br>PO BOX 1820<br>DAYTON, OH 45401 |
| HOMESTEAD | NUECES COUNTY TAX ASSESOR<br>P.O. BOX 2810<br>CORPUS CHRISTI, TX 78403-2810 |

*b. Property to Be Retained.*  (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
|---|---|---|---|---|---|
| 2005 HARLEY DAVIDSON MOTORCYCLE | COLORADO VALLEY BANK<br>PO BOX 796<br>LA GRANGE, TX 78945<br>6930000758 | ☐ | ☐ | ☐ | ☑ |
| 2004 CHEVY SILVERADO | G M A C<br>PO BOX 2150<br>GREELEY, CO 80632<br>084904799017 | ☐ | ☐ | ☐ | ☑ |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                   CASE NO   **05-21869-C-7**
**PENNY J. WELLS**

CHAPTER   **7**

## **CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

*Continuation Sheet No. 1*

Date  __12/07/2005_____          Signature  __/s/ JOHN R. WELLS, II_____
                                                          *JOHN R. WELLS, II*

Date  __12/07/2005_____          Signature  __/s/ PENNY J. WELLS_____
                                                          *PENNY J. WELLS*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

IN RE:  **JOHN R. WELLS, II**                                     CASE NO   **05-21869-C-7**
         **PENNY J. WELLS**

                                                   CHAPTER     **7**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

> *The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition.  The bankruptcy law is complicated and not easily described.  Therefore, you should seek the advice of an attorney to learn your rights and responsibilities under the law should you decide to file a petition with the court.  Court employees are prohibited from giving you legal advice.*

## Chapter 7: Liquidation   ($274.00 filing fee)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code.  You may claim certain of your property exempt under governing law.  The trustee may then liquidate the non-exempt property as necessary and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.  The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to a valid security interest.  Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income
 ($189.00 filing fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.  Usually, the period of time allowed by the court to repay your debts is three years, but no more than five years.  Your plan must be approved by the court before it can take effect.

3.  Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.  After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

## Chapter 11: Reorganization   ($1,039.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer   ($239.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13.   The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

**ACKNOWLEDGEMENT**

I hereby certify that I have read this notice on this___7th_____day of__December_____, __2005__.


**/s/ JOHN R. WELLS, II**_____          **/s/ PENNY J. WELLS**_____
*JOHN R. WELLS, II*                                                               *PENNY J. WELLS*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                                      CASE NO   **05-21869-C-7**
         **PENNY J. WELLS**
                                                                   CHAPTER   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:          Fixed Fee: ____**$2,500.00**
   Prior to the filing of this statement I have received:            ____**$2,500.00**
   Balance Due:                                                      ____**$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor               ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor               ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

____**12/07/2005**____                    **/s/ JAN L. SHEPHARD**
   *Date*                                 *JAN L. SHEPHARD*              Bar No.  18219385
                                          Jan L Shephard, P.C.
                                          410 SPID ste 210
                                          Corpus Christi, TX 78405
                                          Phone: (361) 289-5700 / Fax: (361) 289-6700

---

____**/s/ JOHN R. WELLS, II**____                    ____**/s/ PENNY J. WELLS**____
*JOHN R. WELLS, II*                                  *PENNY J. WELLS*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **JOHN R. WELLS, II**                              CASE NO   **05-21869-C-7**
       **PENNY J. WELLS**

                                                   CHAPTER   **7**

# <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  12/07/2005                              Signature  **/s/ JOHN R. WELLS, II**
                                                         ***JOHN R. WELLS, II***


Date  12/07/2005                              Signature  **/s/ PENNY J. WELLS**
                                                          ***PENNY J. WELLS***

AMERICAN CLASSIFIEDS
PARADISE  HOMES
1308 AIRLINE
CC,TX 78412


A M E X
796310568017301761
PO BOX 297871
FORT LAUDERDALE, FL 33329


Aransas Pass Progress
PARADISE  HOMES
THE INGLESIDE INDEX
P.O. BOX 2100
ARANSAS PASS, TX 78335


ATTORNEY GENERAL OF TEXAS
PO BOX 12548
AUSTIN, TX 78711


Barbara C. Jue, Trial Attorney
Ofc. of U.S. Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78476


BEEVILLE PUBLISHINGS
04103740/PARADISE HOMES
P.O BOX 10
BEEVILLE,TX 78102


BUCKINGHAM  ESTATES  COMMUNITY
7002 ADCOTE DR./WELLS
P.O. BOX 1222
CORPUS CHRISTI, TEXAS 78468


CAP ONE BK
412174227586
PO BOX 85520
RICHMOND, VA 23285


CAPITAL 1 BK
486236229166
11013 W BROAD ST
GLEN ALLEN, VA 23060

```
CAPITAL 1 BK
438864187901
11013 W BROAD ST
GLEN ALLEN, VA 23060


CITIBANK USA
6035320164455675
PO BOX 9714
GRAY, TN 37615


City of Corpus Christi
2815665-46776
Attn: Jorge Cruz-Aedo
1201 Leopard
Corpus Christi, TX 78469


City of Corpus Christi
421211-230982-PARADISE HOMES
Attn: Jorge Cruz-Aedo
1201 Leopard
Corpus Christi, TX 78469


COLORADO  VALLEY  BANK
6930000758
PO BOX 796
LA GRANGE, TX 78945


COLORADO  VALLEY  BANK
6111946161
PO BOX 796
LA GRANGE, TX 78945


COLORADO  VALLEY  BANK
WELLS,XXX-XX-1502
PO BOX 796
LA GRANGE, TX 78945


CROSS  COUNTRY  BANK
422709708797
PO BOX 15371
WILMINGTON, DE 19850


DELL FINANCIAL SVCS
79450129033959340
12234 N IH 35 SB BLDG B
AUSTIN, TX 78754
```

```
DELL FINANCIAL SVCS
7945012903374 7224
12234 N IH 35 SB BLDG B
AUSTIN, TX 78754


DWAIN  MCCAIN  PLUMBING
PARADISE  HOMES
P.O. BOX 10096
CORPUS CHRISTI,TEXAS 78460


ENTERGY  ELECTRIC
4888718-PARADISE HOMES
ENTERGY SOLUTIONS LTD.
P.O. BOX 61071
NEW ORLEANS, LA 70161-1071


ENTERGY  ELECTRIC
310961-WELLS
ENTERGY SOLUTIONS LTD.
P.O. BOX 61071
NEW ORLEANS, LA 70161-1071


G M A C
084904799017
PO BOX 2150
GREELEY, CO 80632


G M A C
084902279074
PO BOX 2150
GREELEY, CO 80632


GE Capital
4305068-001/PARADISE HOMES
P.O. Box 5019
Rolling Mows, IL 60008


HSBC  NV
5407912050748569
1441 SCHILLING PL
SALINAS, CA 93901


HSBC  NV
5440450055701803
1441 SCHILLING PL
SALINAS, CA 93901
```

```
IRS SPECIAL PROCEDURES BRANCH/7
300 E. 8TH St.
STOP 5026 AUS
AUSTIN, TX 78701


IRS SPECIAL PROCEDURES/CH 7
XXX-XX-4402
P. O. BOX 21126
PHILADELPHIA, PA 19114


LANE  MCDUFF
OT-17765/PARADISE HOMES
P.O 4986 DEPT 77
HOUSTON,TX 77210-4986


LINEBARGER GOGGAN BLAIR & SAMPSON LLP
900 ARION PARKWAY, SUITE 104
SAN ANTONIO, TX 78216


LOAN  STAR  INVESTMENTS
WELLS,JOHN
2401 E. LUBBUCK
Loveland,TX


LOWES/MBGA
798192444134
PO BOX 103065
ROSWELL, GA 30076


LOWES/MBGA
798192444221
PO BOX 103065
ROSWELL, GA 30076


MEMBERS FIRST CREDIT U
8453050007
5444 S STAPLES ST
CORPUS CHRISTI, TX 78411


NATIONAL  CITY  MORTGAGE
4333493802
PO BOX 1820
DAYTON, OH 45401
```

Northern Leasing Systems, Inc.
0386150/PARADISE HOMES
132 WEST 31ST STREET, 14TH FLOOR
New York, NY 10001-5095


NUECES  COUNTY  TAX  ASSESOR
P.O. BOX 2810
CORPUS CHRISTI, TX 78403-2810


PROVIDIAN
6454003546
4900 JOHNSON DR
PLEASANTON, CA 94588


PROVIDIAN
4031-1423-0062-6673
4900 JOHNSON DR
PLEASANTON, CA 94588


RADIOLOGY  IMAGING  OF  SOUTH  TEXAS
198399-QRAD5
3226 REID
CORPUS CHRISTI, TX   78404


S B C
36198039964309
PO Box 4845
Houston TX 77097-0080


STATE   COMPTROLLER
111 E. 17TH ST.
AUSTIN, TX 78774-0100


TIME  WARNER
8262850130820917
4200 INTERNATIONAL PKWY
Carrollton, TX 75007


TNB  TARGET
4352373361796243
PO BOX 9475
MINNEAPOLIS, MN 55440

```
U.S. TRUSTEE
606 N. CARANCAHUA, STE. 1107
CORPUS CHRISTI, TX 78476




University Medical Center
M2336111
P.O. Box 5980
Lubbock, TX 79408-5980




WASHMTL/PROV
2300626673
4940 JOHNSON DR
PLEASANTON, CA 94566
```