IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-21869-C-13 |
| JOHN & PENNY WELLS | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## MOTION TO CONDUCT 11 USC SECTION 341 CREDITORS MEETING BY TELEPHONE

NOW COME, JOHN and PENNY WELLS, by and through their attorney of record, Jan L. Shephard, in the above styled Chapter 13 case, and files this Motion to Conduct 11 USC Section 341 Creditors Meeting by telephone. The Debtors have permanently moved to Las Vegas. The Debtors will be unable to attend their 341 Creditors Meeting.

**WHEREFORE,** the Debtors respectfully request that the Creditors Meeting be conducted by telephone.

Respectfully Submitted,

_____
Jan L. Shephard
Attorney for Debtor
410 South Padre Island Dr. Ste. 210
Corpus Christi, Texas 78415
361/994-8410
Admissions No. 7629
State Bar No.18219385

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Conduct 11 USC Section 341 Creditors Meeting by Telephone mailed via U.S. Mail on the 13t$^h$ day of March, 2006, postage prepaid, to the following parties:

**TRUSTEES**

Cindy Boudloche, Trustee
555 N. Carancahua, Suite 600
Corpus Christi, TX 78478

United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002

**DEBTORS**

John Wells
3724 Cresthaven
Las Vegas, NV 89147

 

Jan L. Shephard
Attorney for Debtor
410 South Padre Island Dr.
Corpus Christi, Texas 78415
361/994-8410
Admissions No. 7629
State Bar No.18219385

AMERICAN CLASSIFIEDS
PARADISE HOMES
1308 AIRLINE
CC,TX 78412


AMEX
796310568017301761
PO BOX 297871
FORT LAUDERDALE, FL 33329


Aransas Pass Progress
PARADISE HOMES
THE INGLESIDE INDEX
P.O. BOX 2100
ARANSAS PASS, TX 78335


ATTORNEY GENERAL OF TEXAS
PO BOX 12548
AUSTIN, TX 78711


Barbara C. Jue, Trial Attorney
Ofc. of U.S. Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78476


BEEVILLE PUBLISHINGS
04103740/PARADISE HOMES
P.O BOX 10
BEEVILLE,TX 78102


BUCKINGHAM ESTATES COMMUNITY
7002 ADCOTE DR./WELLS
P.O. BOX 1222
CORPUS CHRISTI, TEXAS 78468


CAP ONE BK
412174227586
PO BOX 85520
RICHMOND, VA 23285


CAPITAL 1 BK
486236229166
11013 W BROAD ST
GLEN ALLEN, VA 23060

CAPITAL 1 BK
438864187901
11013 W BROAD ST
GLEN ALLEN, VA 23060


CITIBANK USA
6035320164455675
PO BOX 9714
GRAY, TN 37615


City of Corpus Christi
2815665-46776
Attn: Jorge Cruz-Aedo
1201 Leopard
Corpus Christi, TX 78469


City of Corpus Christi
421211-230982-PARADISE HOMES
Attn: Jorge Cruz-Aedo
1201 Leopard
Corpus Christi, TX 78469


COLORADO VALLEY BANK
6930000758
PO BOX 796
LA GRANGE, TX 78945


COLORADO VALLEY BANK
6111946161
PO BOX 796
LA GRANGE, TX 78945


COLORADO VALLEY BANK
WELLS,XXX-XX-1502
PO BOX 796
LA GRANGE, TX 78945


CROSS COUNTRY BANK
422709708797
PO BOX 15371
WILMINGTON, DE 19850


DELL FINANCIAL SVCS
794501290033959340
12234 N IH 35 SB BLDG B
AUSTIN, TX 78754

DELL FINANCIAL SVCS
79450129033747224
12234 N IH 35 SB BLDG B
AUSTIN, TX 78754


DWAIN MCCAIN PLUMBING
PARADISE HOMES
P.O. BOX 10096
CORPUS CHRISTI,TEXAS 78460


ENTERGY ELECTRIC
4888718-PARADISE HOMES
ENTERGY SOLUTIONS LTD.
P.O. BOX 61071
NEW ORLEANS, LA 70161-1071


ENTERGY ELECTRIC
310961-WELLS
ENTERGY SOLUTIONS LTD.
P.O. BOX 61071
NEW ORLEANS, LA 70161-1071


G M A C
084904799017
PO BOX 2150
GREELEY, CO 80632


G M A C
084902279074
PO BOX 2150
GREELEY, CO 80632


GE Capital
4305068-001/PARADISE HOMES
P.O. Box 5019
Rolling Mows, IL 60008


HSBC NV
5407912050748569
1441 SCHILLING PL
SALINAS, CA 93901


HSBC NV
5440450055701803
1441 SCHILLING PL
SALINAS, CA 93901

IRS SPECIAL PROCEDURES BRANCH/7
300 E. 8TH St.
STOP 5026 AUS
AUSTIN, TX  78701


IRS SPECIAL PROCEDURES/CH 7
XXX-XX-4402
P. O. BOX  21126
PHILADELPHIA, PA  19114


LANE MCDUFF
OT-17765/PARADISE HOMES
P.O 4986 DEPT 77
HOUSTON,TX 77210-4986


LINEBARGER GOGGAN BLAIR & SAMPSON LLP
900 ARION PARKWAY, SUITE 104
SAN ANTONIO, TX 78216


LOAN STAR INVESTMENTS
WELLS,JOHN
2401 E. LUBBUCK
Loveland, TX


LOWES/MBGA
798192444134
PO BOX 103065
ROSWELL, GA 30076


LOWES/MBGA
798192444221
PO BOX 103065
ROSWELL, GA 30076


MEMBERS FIRST CREDIT U
8453050007
5444 S STAPLES ST
CORPUS CHRISTI, TX 78411


NATIONAL CITY MORTGAGE
4333493802
PO BOX 1820
DAYTON, OH 45401

Northern Leasing Systems, Inc.
0386150/PARADISE HOMES
132 WEST 31ST STREET, 14TH FLOOR
New York, NY 10001-5095


NUECES COUNTY TAX ASSESOR
P.O. BOX 2810
CORPUS CHRISTI, TX 78403-2810


PROVIDIAN
6454003546
4900 JOHNSON DR
PLEASANTON, CA 94588


PROVIDIAN
4031-1423-0062-6673
4900 JOHNSON DR
PLEASANTON, CA 94588


RADIOLOGY IMAGING OF SOUTH TEXAS
198399-QRAD5
3226 REID
CORPUS CHRISTI, TX    78404


SBC
36198039964309
PO Box 4845
Houston TX 77097-0080


STATE COMPTROLLER
111 E. 17TH ST.
AUSTIN, TX 78774-0100


TIME WARNER
8262850130820917
4200 INTERNATIONAL PKWY
Carrollton, TX 75007


TNB TARGET
4352373361796243
PO BOX 9475
MINNEAPOLIS, MN 55440

U.S. TRUSTEE
606 N. CARANCAHUA, STE. 1107
CORPUS CHRISTI, TX 78476


University Medical Center
M2336111
P.O. Box 5980
Lubbock, TX 79408-5980


WASHMTL/PROV
2300626673
4940 JOHNSON DR
PLEASANTON, CA 94566