UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: JOHN R. WELLS, II
PENNY J. WELLS

CASE NO 05-21869-C-7

CHAPTER 7

AMENDED 6/30/2006
## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $268,799.00 | | |
| B - Personal Property | No | 5 | $75,800.00 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $592,360.00 | |
| E - Creditors Holding Unsecured Priority Claims | No | 2 | | $7,792.64 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 6 | | $184,707.88 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,307.52 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $5,123.00 |

Total Number of Sheets of ALL Schedules > 22

Total Assets > $344,599.00

Total Liabilities > $784,860.52

IN RE: JOHN R. WELLS, II  
PENNY J. WELLS

CASE NO 05-21869-C-7  
(If Known)

CHAPTER 7

*AMENDED 6/30/2006*

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 6930000758<br>**COLORADO VALLEY BANK**<br>PO BOX 796<br>LA GRANGE, TX 78945 | | C | DATE INCURRED: 08/02/2005<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2005 HARLEY DAVIDSON MOTORCYCLE**<br>REMARKS:<br>**SURRENDER**<br><br>COLLATERAL VALUE: $18,000.00 | | | | $17,711.00 | |
| ACCT #: 084904799017<br>**G M A C**<br>PO BOX 2150<br>GREELEY, CO 80632 | | C | DATE INCURRED: 03/30/2004<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2004 CHEVY SILVERADO**<br>REMARKS:<br>**SURRENDER**<br><br>COLLATERAL VALUE: $25,500.00 | | | | $27,353.00 | $1,853.00 |
| ACCT #: 084902279074<br>**G M A C**<br>PO BOX 2150<br>GREELEY, CO 80632 | | C | DATE INCURRED: 03/19/2003<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2003 TAHOE**<br>REMARKS:<br>**SURRENDER**<br><br>COLLATERAL VALUE: $22,000.00 | | | | $21,518.00 | |
| ACCT #: 4333493802<br>**NATIONAL CITY MORTGAGE**<br>PO BOX 1820<br>DAYTON, OH 45401 | | C | DATE INCURRED: 08/02/2004<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**HOMESTEAD**<br>REMARKS:<br>**SURRENDER**<br><br>COLLATERAL VALUE: $268,799.00 | | | | $256,979.00 | |
| ACCT #:<br>**NUECES COUNTY TAX ASSESOR**<br>P.O. BOX 2810<br>CORPUS CHRISTI, TX 78403-2810 | | C | DATE INCURRED: 2005<br>NATURE OF LIEN:<br>**AD VALOREM TAXES**<br>COLLATERAL:<br>**HOMESTEAD**<br>REMARKS:<br>**SURRENDERED**<br><br>COLLATERAL VALUE: $268,799.00 | | | | $268,799.00 | |

_____1_____ continuation sheets attached

Total for this Page (Subtotal) >  $592,360.00   $1,853.00  
Running Total >  $592,360.00   $1,853.00

IN RE: JOHN R. WELLS, II  
PENNY J. WELLS

CASE NO __05-21869-C-7__  
(If Known)

CHAPTER __7__

*AMENDED 6/30/2006*
## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)
*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** **NUECES COUNTY TAX ASSESOR** | | | LINEBARGER GOGGAN BLAIR & SAMPSON LLP 900 ARION PARKWAY, SUITE 104 SAN ANTONIO, TX 78216 | | | | Notice Only | Notice Only |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Total for this Page (Subtotal) > | $0.00 | $0.00 |
| | | | | | | Running Total > | $592,360.00 | $1,853.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: **JOHN R. WELLS, II**
**PENNY J. WELLS**

CASE NO  **05-21869-C-7**

CHAPTER  **7**

*AMENDED 6/30/2006*

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| Married | K.WELLS<br>B.WELLS | 9<br>6 | DAUGHTER<br>SON | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | VACATION COUNSELOR | HOUSEWIFE |
| Name of Employer | HILTON GRAND VACATIONS CO. | |
| How Long Employed | SINCE 1/06 | |
| Address of Employer | 6355 METROWEST BLVD., STE. 180<br>ORLANDO, FL 32835 | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $6,096.44 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| **SUBTOTAL** | **$6,096.44** | **$0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| A. Payroll taxes (includes social security tax if B. is zero) | $1,026.25 | $0.00 |
| B. Social Security Tax | $385.09 | $0.00 |
| C. Medicare | $90.00 | $0.00 |
| D. Insurance | $136.18 | $0.00 |
| E. Union dues | $0.00 | $0.00 |
| F. Retirement     401K | $122.40 | $0.00 |
| G. Other (specify)    ADVANCE | $29.00 | $0.00 |
| H. Other (specify) | $0.00 | $0.00 |
| I. Other (specify) | $0.00 | $0.00 |
| J. Other (specify) | $0.00 | $0.00 |
| K. Other (specify) | $0.00 | $0.00 |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$1,788.92** | **$0.00** |
| ***TOTAL NET MONTHLY TAKE HOME PAY*** | **$4,307.52** | **$0.00** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | $0.00 | $0.00 |
| 1. | $0.00 | $0.00 |
| 2. | $0.00 | $0.00 |
| 3. | | |
| ***TOTAL MONTHLY INCOME*** | **$4,307.52** | **$0.00** |

**TOTAL COMBINED MONTHLY INCOME   $4,307.52**     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**None.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE: **JOHN R. WELLS, II**  
**PENNY J. WELLS**

CASE NO   05-21869-C-7

CHAPTER   7

*AMENDED 6/30/2006*

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) <br> Are real estate taxes included?   ☐ Yes   ☑ No <br> Is property insurance included?   ☐ Yes   ☑ No | $1,475.00 |
| **Utilities:**   Electricity and heating fuel <br> Water and sewer <br> Telephone <br> Other: | $450.00 <br> $30.00 <br> $125.00 <br> $100.00 |
| Home maintenance (repairs and upkeep) <br> Food <br> Clothing <br> Laundry and dry cleaning <br> Medical and dental expenses (not covered by insurance) <br> Transportation (not including car payments) <br> Recreation, clubs and entertainment, newspapers, magazines, etc. <br> Charitable contributions | $25.00 <br> $1,250.00 <br> $150.00 <br> $35.00 <br> $400.00 <br> $250.00 |
| **Insurance**  (not deducted from wages or included in home mortgage payments) <br> Homeowner's or renter's <br> Life <br> Health <br> Auto <br> Other: | $100.00 <br> $80.00 <br><br> $150.00 |
| Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| **Installment payments:** (In Chapter 12 and 13 cases, do not list payments included in the plan) <br> Auto: <br> Other: <br> Other: MISCELLANEOUS EXPENSES <br> Other: | $310.00 <br><br> $193.00 |
| Alimony, maintenance, and support paid to others: <br> Payments for support of add'l dependents not living at debtor's home: <br> Regular expenses from operation of business, profession, or farm (attach detailed statement) <br> Other: <br> Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$5,123.00** |
| [FOR CHAPTER 12 AND 13 DEBTORS ONLY] <br> Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval. <br> A. Total projected monthly income <br> B. Total projected monthly expenses (including separate spouse budget if applicable) <br> C. Excess income (A minus B) <br> D. Total amount to be paid into plan each                           (interval) | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:  JOHN R. WELLS, II
        PENNY J. WELLS

CASE NO   05-21869-C-7

CHAPTER   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __1__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __6.30.06__

Signature _____
JOHN R. WELLS, II

Date _____

Signature _____
PENNY J. WELLS

[If joint case, both spouses must sign.]

**Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-21869-C-7 |
| | § | |
| WELLS II, JOHN R. | § | |
| WELLS, PENNY J. | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, a true and correct copy of the foregoing AMENDED SCHEDULES was/were served via U.S. mail, postage prepaid, the parties listed below and/or on the attached matrix.

Trustees

MICHAEL B. SCHMIDT
555 N. CARANCAHUA, SUITE 1550
CORPUS CHRISTI, TX 78478


Barbara Jue, Trial Attorney
Office of the United States Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, TX 78476

Debtor(s)

JOHN R. WELLS, II and PENNY J. WELLS
3724 CREST HORN
LAS VEGAS, NV 89147


*s/Jan L. Shephard*
Jan L. Shephard
SBN 18219385
SDTA ID No 7629
410 South Padre Island Drive, Suite 210
Corpus Christi, Texas 78405
(361) 289-5700 Telephone
(361) 289-6700 Facsimile