UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: John R. Wells II
Penny J. Wells
**Debtor(s)**

Case No.: 05–21869

Chapter: 7

# FINAL DECREE

The estate of the above–named debtor has been fully administered.

The deposit required by the plan has been distributed. (Chapter 13 Only)

IT IS ORDERED THAT:

Michael B Schmidt is discharged as trustee of the estate of the above–named debtor and the bond is cancelled;

The chapter 7 case of the above–named debtor is closed.

Signed and Entered on Docket: 8/11/06

RICHARD S. SCHMIDT
United States Bankruptcy Judge